**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| Vonnie Darin Darby, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Don Redman, Bob Barker, | ) | |
| | ) | Case No. 3:09-cv-014 |
| Defendants. | ) | |

On February 26, 2009, Plaintiff filed a document captioned "Reconsideration Request for Appointment of Counsel." Therein, he renewed his request for court-appointed counsel, averring that the court abused its discretion when denying his initial request. In addition, he filed a motion requesting additional time to file objections to the undersigned's Report and Recommendation.

Plaintiff's request for reconsideration (Docket No. 16) of the undersigned's previous order denying his request for appointment of counsel is **DENIED** as there is basis for reversing the undersign's earlier decision. Plaintiff's motion requesting additional time to file objections to the Report and Recommendation (Docket No. 15) is **GRANTED**. Plaintiff shall have until March 20, 2009, to file objections or otherwise respond to the Report and Recommendation.

Dated this 27th day of February, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge